**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **15-522**

Motion for: **Removal from Expedited Appeals Calendar ("XAC")**

Caption [use short title]

**Leder**

**v.**

**American Traffic Solutions, Inc.**

Set forth below precise, complete statement of relief sought:

Pursuant to Local Rule 31.2(b)(2), Plaintiff-Appellant, through counsel, respectfully requests to be removed from the XAC and for an extension to file her opening brief in the above matter.

MOVING PARTY: **Claire F. Leder**
[✓] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

OPPOSING PARTY: **American Traffic Solutions, Inc., et al.**

MOVING ATTORNEY: **Olimpio Lee Squitieri**

OPPOSING ATTORNEY: **Robert D. Friedman, Sara Decatur Judge**

[name of attorney, with firm, address, phone number and e-mail]

Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor, NY, NY 10022
(212) 421-6492 lee@sfclasslaw.com

Burns & Levinson LLP
125 Summer Street, Boston, MA 02110
(617) 345-3000 rfriedman@burnslev.com; sjudge@burnslev.com

Court-Judge/Agency appealed from: **United States District Court, Eastern District of New York/Judge: Arthur D. Spatt**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:

Signature of Moving Attorney:
/s/Olimpio Lee Squitieri    Date: March 17, 2015    Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

## ATTACHMENT TO FORM T-1080

Opposing Attorney:

Mark S. Mulholland
E. Christopher Murray
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza, East Tower, 15th Floor
Uniondale, NY 11556
(516) 663-6528
mmulholland@mfpc.com
emurray@mfpc.com


Andrew Reginald Scott
Office of the Nassau County Attorney
1 West Street
Mineola, NY 11501
(516) 571-3056
ascott@nassaucountyny.gov

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CLAIRE F. LEDER, on behalf of herself and all others similarly situated,

        Plaintiff-Appellant,

v.

AMERICAN TRAFFIC SOLUTIONS, INC.; ATS CONSOLIDATED, INC.; NASSAU COUNTY TRAFFIC AND PARKING VIOLATIONS AGENCY; and DEFENDANT DOES 1-10,

        Defendants-Appellees.

Docket No.: 15-522

### DECLARATION IN SUPPORT OF MOTION

OLIMPIO LEE SQUITIERI declares the following as true under penalty of perjury:

1. I am attorney for the Plaintiff-Appellant, Claire F. Leder, in this appeal. I submit this declaration in support of this motion to be removed from the Expedited Appeals Calendar pursuant to Local Rule 31.2(b)(2).

2. The underlying case was dismissed by the United States District Court, Eastern District of New York (Spatt, J.) under Federal Rule of Civil Procedure 12(b). On March 6, 2015, this Court placed the instant appeal on the Expedited Appeals Calendar under Local Rule 31.2(b)(1), setting the due date for Plaintiff-Appellant's brief on April 10, 2015.

3. Plaintiff-Appellant, through counsel, respectfully requests that the Court place this appeal on the standard briefing schedule and set the due date for Plaintiff-Appellant's opening brief as May 11, 2015 because of Plaintiff-Appellant's counsel experiencing immediate and unexpected demands from other cases.

2

4. Plaintiff-Appellant has notified opposing counsel of this motion. Opposing counsel do not oppose the relief requested and do not intend on filing a response to this request. Plaintiff-Appellant has not previously sought the requested relief from this Court.

Dated: March 17, 2015                                                    *s/Olimpio Lee Squitieri*
                                                                          Olimpio Lee Squitieri