# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand and fifteen.

Before:     Ralph K. Winter,
               *Circuit Judge.*

_____
Claire F. Leder, on behalf of herself and all others similarly situated,

        Plaintiff-Appellant,                         **ORDER**

      v.                                                     Docket No. 15-522

American Traffic Solutions, Inc., ATS Consolidated, Inc., Nassau County Traffic and Parking Violations Agency, Defendant Does 1-10,

        Defendants-Appellees.
_____

Appellant requests that this appeal be removed from the expedited appeals calendar and for the Court to set a due date of May 11, 2015 for the Appellant's principal brief and the joint appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective May 11, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                              FOR THE COURT:

                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

