

## RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6528
Writer's Direct Fax: (516) 663-6728
Writer's E-Mail: mmulholland@rmfpc.com

May 12, 2015

<u>By ECF</u>

Clerk
United States Court of Appeals
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Leder v. American Traffic Solutions Inc., et al.*
           Docket No. 15-522

Dear Sir or Madam:

    We represent the Defendant-Appellee Nassau County Traffic and Parking Violations Agency in the above referenced matter. Pursuant to Local Rule 31.2(a)(1)(B), we respectfully request that August 10, 2015 be the last day for Appellee to serve and file its brief. This date is ninety-one days from the date of service of Plaintiff-Appellant's brief.

    Thank you for your attention to this request.

                                        Respectfully submitted,

                                        Mark S. Mulholland
                                        For the Firm

MSM:gcw